UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | [Proposed] <u>ORDER</u> |
| ANDREY KOSTIN, <br>   a/k/a "Andrey Kostin," | : | S2 24 Cr. 91 (GHW) |
| | : | |
| VADIM WOLFSON, <br>   a/k/a "Vadim Belyaev," and | : | |
| GANNON BOND | : | |
|                 Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of the Government, by and through Assistant United States Attorney Emily Deininger, and with the consent of the defendants, VADIM WOLFSON, a/k/a "Vadim Belyaev," and GANNON BOND, by and through their counsel, David Rybicki, Esq. and James Kousouros, Esq., it is hereby ORDERED that the time until the initial pre-trial conference in this matter, which is scheduled for March 19, 2024, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice, to allow the court to hold a pre-trial conference, to allow the Government time to produce discovery and defendants time to review discovery, and to allow the parties to discuss a potential pre-trial resolution.

Dated:  New York, New York
         March ___, 2024

                                                      _____
                                                      Honorable Gregory H. Woods
                                                      United States District Judge