```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                             :
UNITED STATES,                                 :
                                             :                       1:24-cr-00091-GHW
                   -v-                              :
                                             :                             <u>ORDER</u>
ANDREY KOSTIN; VADIM WOLFSON; *and*   :
GANNON BOND,                        :
                                             :
                            Defendants.   :
                                             :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On November 12, 2024, Defendant Vadim Wolfson filed a Motion to Take Rule 15 Deposition. Dkt. No. 65. The Government's opposition is due no later than November 21, 2024. Defendant Wolfson's reply, if any, is due three business days following the date of service of the Government's opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 65.

        SO ORDERED.

Dated: November 13, 2024
           New York, New York

_____
GREGORY H. WOODS
United States District Judge