# EXHIBIT S



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:            1001
                                        IBAN    :                                1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch  : IBC Nicosia
VIRGIN ISLANDS, BRITISH                 Date    : 17 OCT 2016
                                        Period  : 06 MAY 2014 - 16 OCT 2016
                                        Page    : 1
```

            Brought Forward                                                            0.00

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
| 08 MAY 2014 | ████3264\BNK<br>Inward Payment<br>BENTRONIAN TRADING LIMITED INN 2673<br>22125<br>WRITTEN RESOLUTION OF THE SOLE SHA<br>REHOLDER OF THE COMPANY DATED 08 OF<br>MAY 2014 | 10,500,000.00 | | 10,500,000.00 |
| 08 MAY 2014 | ████9770\BNK<br>Account Transfer Charges<br>MEMBERSHIP INTEREST<br>PURCHASE AGREEMENT | | -35.00 | 10,499,965.00 |
| 08 MAY 2014 | ████9770\BNK<br>Transfer<br>LEDRIDGE INVESTMENTS LIMITED<br>MEMBERSHIP INTEREST<br>PURCHASE AGREEMENT | | -9,000,000.00 | 1,499,965.00 |
| 09 MAY 2014 | ████6KFD\BNK<br>Transfer<br>SWIFT REQ. DD 07-090514 | | -5.00 | 1,499,960.00 |
| 30 JUN 2014 | ████1012\BNK<br>Acc. Maintenance Fee<br>Account Maintenance Fee 04-06 2014 | | -16.67 | 1,499,943.33 |
| 13 AUG 2014 | ████D6GB\BNK<br>Transfer<br>STMNTS REQ.DD04-080814 | | -15.00 | 1,499,928.33 |
| 30 SEP 2014 | ████3008\BNK<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q3-2014 | | -50.00 | 1,499,878.33 |
| 31 DEC 2014 | ████5010\BNK<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q4-2014 | | -50.00 | 1,499,828.33 |
| 02 APR 2015 | ████1297<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q1-2015 | | -50.00 | 1,499,778.33 |
| 30 JUN 2015 | ████03380 | | -50.00 | 1,499,728.33 |

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008379

US_0000029581
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:       ▮▮▮1001
                                        IBAN   :       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch :
VIRGIN ISLANDS, BRITISH                 Date   :  17 OCT 2016
                                        Period :  06 MAY 2014 - 16 OCT 2016
                                        Page   :  2
```

```
            Brought Forward                                                          0.00

Value date   Narrative                         Credit        Debit         Balance
-----------------------------------------------------------------------------------------
             Acc. Maintenance Fee
             Acc. Maintenance Fee Q2-2015
30 SEP 2015         ▮▮▮2223                                 -50.00     1,499,678.33
             Acc. Maintenance Fee
             Acc. Maintenance Fee Q3-2015
17 NOV 2015         ▮▮▮4268\BNK                            -198.49     1,499,479.84
             Outward Swift Charges
17 NOV 2015         ▮▮▮4268\BNK                        -113,490.34     1,385,989.50
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INVOICE DD 31.10.15
14 DEC 2015         ▮▮▮4588\BNK                            -285.00     1,385,704.50
             Outward Swift Charges
14 DEC 2015         ▮▮▮4588\BNK                        -259,540.65     1,126,163.85
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INV DD 09/12/2015
31 DEC 2015         ▮▮▮1100                                 -50.00     1,126,113.85
             Acc. Maintenance Fee
             Acc. Maintenance Fee Q4-2015
19 FEB 2016         ▮▮▮7595\BNK                            -285.00     1,125,828.85
             Outward Swift Charges
19 FEB 2016         ▮▮▮7595\BNK                        -221,832.14       903,996.71
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INVS DD 27/01/2016 AND DD 12.02.16
23 FEB 2016         ▮▮▮ZJ0V\BNK                              -5.00       903,991.71
             Transfer
             SWIFT REQ 220216
31 MAR 2016         ▮▮▮1054                                 -50.00       903,941.71
             Acc. Maintenance Fee
             Acc. Maintenance Fee Q1-2016
```

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008380

US_0000029582
CGV_ 0008379

Case 1:24-cr-00091-GHW   Document 93-18   Filed 12/23/24   Page 5 of 6



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED            Account:        1001
                                      IBAN   :                    1001
ALEMAN CORDERO GALINDO AND LEE        A/C Type: Current Account
TRUST ROAD TOWN                       Currency: US Dollar
PO BOX 3175, TORTOLA                  Branch :  IBC Nicosia
VIRGIN ISLANDS, BRITISH               Date   :  17 OCT 2016
                                      Period :  06 MAY 2014 - 16 OCT 2016
                                      Page   :  3
```

```
            Brought Forward                                                    0.00

Value date   Narrative                        Credit         Debit         Balance
_____


05 APR 2016          9955\BNK                              -183.89       903,757.82
             Outward Swift Charges
05 APR 2016          9955\BNK                           -98,894.12       804,863.70
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INV. DD 15.03.16
06 APR 2016          S808\BNK                                -5.00       804,858.70
             Transfer
             SWIFT REQ 050416
06 APR 2016          9335\BNK                               -90.00       804,768.70
             Outward Swift Charges
06 APR 2016          9335\BNK                            -2,020.00       802,748.70
             Outward Payment
             CHRISTODOULOS G.VASSILIADES AND
             BARCGB22
             LEGAL SERVICES
13 APR 2016          27TH\BNK                                -5.00       802,743.70
             Transfer
             SWIFT REQ. DD 04-080416
03 JUN 2016          5044\BNK                               -90.00       802,653.70
             Outward Swift Charges
03 JUN 2016          5044\BNK                            -1,800.00       800,853.70
             Outward Payment
             CHRISTODOULOS G. VASSILIADES
             BCYPCY2N
             LEGAL SERVICES.
03 JUN 2016          0195\BNK                              -285.00       800,568.70
             Outward Swift Charges
03 JUN 2016          0195\BNK                          -255,828.62       544,740.08
             Outward Payment
             40 NORTH STAR, LLC
             WFBIUS6S
             INV DD 15/05/2016
07 JUN 2016          5NNF\BNK                               -10.00       544,730.08
```

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008381

US_0000029583
CGV_ 0008379



**RCB Bank Ltd**

Reg No. 72376 - Private Company
2, Amathountos street, P.O. Box 56868, 3310, Limassol, Cyprus
Tel.: +357 25 837 300 | Fax: +357 25 342 192
E-mail: rcb@rcbcy.com
www.rcbcy.com

```
ALTAMONTE HOLDINGS LIMITED              Account:     ████1001
                                        IBAN :       ████████████████1001
ALEMAN CORDERO GALINDO AND LEE          A/C Type: Current Account
TRUST ROAD TOWN                         Currency: US Dollar
PO BOX 3175, TORTOLA                    Branch  :
VIRGIN ISLANDS, BRITISH                 Date    :  17 OCT 2016
                                        Period  :  06 MAY 2014 - 16 OCT 2016
                                        Page    :  4
```

Brought Forward                                                                       0.00

| Value date | Narrative | Credit | Debit | Balance |
|---|---|---|---|---|
| 23 JUN 2016 | Transfer<br>SWIFT REQ 030616<br>████710J\BNK | | -15.00 | 544,715.08 |
| 30 JUN 2016 | Transfer<br>STMNTS REQ. DD13-170616<br>████0469 | | -50.00 | 544,665.08 |
| 04 JUL 2016 | Acc. Maintenance Fee<br>Acc. Maintenance Fee Q2-2016<br>████3R0F\BNK | | -15.00 | 544,650.08 |
| 20 SEP 2016 | Transfer<br>STMNTS REQ. DD2106-010716<br>████4006\BNK<br>Internal Transfer In<br>CAPITAL BUSINESS FINANCE LTD<br>ACCORDING TO AGR DD 21.07.16 | 100,000.00 | | 644,650.08 |
| 29 SEP 2016 | ████2763\BNK<br>Internal Transfer In<br>CAPITAL BUSINESS FINANCE LTD<br>ACCORDING TO AGREEMENT<br>DD 21.07.2016 | 100,000.00 | | 744,650.08 |
| 30 SEP 2016 | ████0990<br>Acc. Maintenance Fee<br>Acc. Maintenance Fee Q3-2016 | | -50.00 | 744,600.08 |
| 14 OCT 2016 | ████7479\BNK<br>Outward Swift Charges | | -363.27 | 744,236.81 |
| 14 OCT 2016 | ████7479\BNK<br>Outward Payment<br>40 NORTH STAR, LLC<br>WFBIUS6S<br>INV DD 13/10/2016 | | -192,209.88 | 552,026.93 |

Closing Balance :                                                               552,026.93

Turnover :                        10,700,000.00    -10,147,973.07

Fed. R. Crim. P. 6(e) Material
FOIA Confidential Treatment Requested

CGV_ 0008382

US_0000029584
CGV_ 0008379