SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

NATIONAL BANK TRUST and PJSC BANK
OTKRITIE FINANCIAL CORPORATION,

          Plaintiffs,

v.

VADIM BELYAEV, a/k/a/ VADIM WOLFSON,

          Defendant.

Index No. 156903/2020

Justice Joel M. Cohen

Motion Seq. No. ___

## AFFIDAVIT OF VADIM WOLFSON IN SUPPORT OF MOTION TO DISMISS COMPLAINT

     I, VADIM WOLFSON, being duly sworn, hereby depose and state under penalty of perjury as follows:

     1.     I am the defendant in the above-captioned matter, and I submit this Affidavit in support of the motion to dismiss this case.

     2.     I am a Russian and Cypriot citizen. I am physically located in New York at the time of making this Affidavit. Russian is my native language and most of my business communications are conducted in Russian, but I am sufficiently fluently in English to make this statement.

     3.     I currently rent an apartment in New York City. I have no other residential property in the United States.

     4.     During the time period primarily at issue in this action, that is, 2015-2017, I resided mainly in Russia, England, and Cyprus. Because my ex-wife and children live in the New York

- 1 -

area, I would visit occasionally during that time. That is why I came to rent an apartment in New York City.

Dated: November 6, 2020
New York, NY

_____
Vadim Wolfson

Sworn to before me this 6th day of November 2020

_____
Notary Public

JAMES A. ROSSETTI
Notary Public, State of New York
No. 01-4962908
Qualified in New York County
Commission Expires 7/23/21

- 2 -